JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| KERRY MORIARTY, | Case № 2:19-cv-03619-ODW (RAOx) |
|     Plaintiff and Counter-Defendant, | **JUDGMENT** |
|     v. | |
| INTEGON NATIONAL INSURANCE COMPANY, | |
|     Defendant and Counter-Claimant, | |
|     v. | |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, | |
|     Counter-Defendant. | |

# JUDGMENT

In accordance with the Court's Order Granting in Part Defendant/Counter-Claimant Integon National Insurance Company's ("Integon") Motion for Summary Judgment, (MSJ Order, ECF No. 44), and the Court's Order Dismissing Integon's Counterclaim, (Order Dismissing Counterclaim, ECF No. 45), it is hereby **ORDERED, ADJUDGED, and DECREED** that Judgment is entered in favor of Defendant Integon on all of Plaintiff Kerry Moriarty's claims. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

March 26, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**